UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20765-Civ-COOKE/TORRES

ZOILA HERNANDEZ,

    Plaintiff,

vs.

MICHAEL SIMKINS and NICOLE SIMKINS,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the Settlement Agreement, General Release and Waiver of Claims ("Settlement Agreement") reached between the parties, their Joint Motion for Approval of Settlement and Dismissal with Prejudice ("Motion") (ECF No. 24), and Plaintiff's Attorney's Fees and Costs Invoice (mailed to the Court for an *in camera* review).

This is my second review of the parties' Motion. The parties initially submitted their Settlement Agreement and Motion for my review on June 23, 2015. On June 25, 2015, I deferred ruling on the Motion and Settlement Agreement, requiring Plaintiff's counsel to submit additional documentation supporting the allocation of attorney's fees in order to make a determination of their reasonableness (ECF No. 25). *See Silva v. Miller*, 307 F. App'x 349 (11th Cir. 2009). Plaintiff's counsel has since complied with my Order.

I have reviewed the Motion, Settlement Agreement, and Plaintiff's Attorney's Fees and Costs Invoice in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

In their Motion, the Parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement, and retain jurisdiction of the matter to enforce the terms of the Settlement Agreement, should enforcement be necessary. Given that the Parties have moved this Court for a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Parties desire the Court to have continuing jurisdiction to

enforce the terms of the Settlement Agreement, this Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 24) is **GRANTED**.
2. The parties' Settlement Agreement is **APPROVED**.
3. This case is **DISMISSED** *with prejudice*.
4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, should enforcement be necessary.
5. All pending motions, if any, are **DENIED** *as moot*.
6. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers at Miami, Florida, this 11TH day of August 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*